IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADAM KILLICK,

    Plaintiff,

v.                            Case No. 5:22-cv-40-AW-MJF

FASIG BROOKS and CARRIE ROANE,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's September 7, 2022 Report and Recommendation. ECF No. 23. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 23) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee and failure to comply with court orders."

3. The clerk will then close the file.

SO ORDERED on October 7, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge